# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135347

TYANNE MOORE,
        Plaintiff-Appellant,

v

DELPHI AUTOMOTIVE SYSTEMS
CORPORATION,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135347
COA: 278821
WCAC: 06-000120

On order of the Court, the application for leave to appeal the October 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

Clerk